IN THE SUPREME COURT

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

8 JUNE 2017

| 597P01-3 | State v. Maechel Shawn Patterson | Def's *Pro Se* Petition for Writ of Certiorari to Review Order of COA (COA17-245) | Dismissed<br><br>**Ervin, J., recused** |